STAFF MEETING
June 6, 2014

From Colonel Replogle

## DDCC - LT. ASST. DIR SELECTION

|  | 1st | 2nd | 3rd |
|---|---|---|---|
| Bernard | WILHOIT | OWEN | BLANKENSHIP |
| VISLAY | WILHOIT | BLANKENSHIP | VAN TRESS |
| ROBINSON | WILHOIT | OWEN | VAN TRESS |
| SHOWN | WILHOIT | BLANKENSHIP | VAN TRESS |
| McDONALD | WILHOIT | OWEN | BLANKENSHIP |
| JOHNSON | WILHOIT | VAN TRESS | BLANKENSHIP |
| McGRAIL | WILHOIT | BLANKENSHIP | VAN TRESS |
| KARSTEN | WILHOIT | VAN TRESS | OWEN |

FINAL CHOICE — WILHOIT

## RDD - CAPTAIN DIVISION DIRECTOR SELECTION

|  | 1st | 2nd | 3rd |
|---|---|---|---|
| SHOWKER* | DOCHTERMAN | SCHOENBERG | SCISM |
| McGRAIL | SCISM | SEALS | DOCHTERMAN |
| JOHNSON | SEALS | SCISM | DOCHTERMAN |
| McDONALD | SEALS | SCISM | FRISBE |
| SHOWN | SCISM | SEALS | DOCHTERMAN |
| ROBINSON | SCISM | SEALS | DOCHTERMAN |
| VISLAY | SCISM | SEALS | DOCHTERMAN |
| KARSTEN | SCHOENBERG | SCISM | SEALS |

FINAL CHOICE — SCISM

MCHR 0072
CONFIDENTIAL
CONFIDENTIAL

DEFENDANT'S EXHIBIT 1
Seals v. MSHP 1288